1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JAMES D. CHAVEZ,                          No. 2:14-CV-2193-CMK-P

12                    Petitioner,

13          vs.                                  ORDER

14    WARDEN,

15                    Respondent.

16    _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.

19          Petitioner challenges the denial of parole.[1]  Consequently, the instant petition is

20    one for review of the execution of a sentence imposed by a California state court.  See Rosas v.

21    Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005) (denial of parole is "a decision 'regarding the

22    execution' of" a prison sentence).  As a general rule, "[t]he proper forum to challenge the

23    execution of a sentence is the district where the prisoner is confined."  Dunne v. Henman, 875

24    F.2d 244, 249 (9th Cir. 1989).  Petitioner is currently incarcerated at Kern Valley State Prison,

25    _____

26          [1]     It appears that petitioner may also be attempting to assert a claim challenging his
      underlying conviction.

                                                 1

1   located in Kern County, which is part of the Fresno division of this court.  See Local Rule

2   120(b).  Because the Sacramento division is not the proper division, this action will be

3   transferred to the Fresno division.[2]

4           Accordingly, IT IS HEREBY ORDERED that this action is transferred to the

5   United States District Court for the Eastern District of California sitting in Fresno.

6

7   DATED:  May 21, 2015

8                                                    _____

9                                                    CRAIG M. KELLISON
                                                     UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24       [2]       To the extent petitioner is also asserting a claim challenging his conviction,
    pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of
25   confinement have concurrent jurisdiction over applications for habeas corpus filed by state
    prisoners.  See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973).  Thus, the Fresno
26   division of this court is also a proper venue for any claims challenging petitioner's conviction.